AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Nov 04, 2021

SEAN F. McAVOY, CLERK

MICHAEL R.,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, COMMISSIONER OF SOCIAL SECURITY, | ) |
| *Defendant* | |

Civil Action No.   2:21-CV-00004-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:   Defendant's Motion for Summary Judgment, ECF No. 16, is GRANTED. Plaintiff's Motion for Summary Judgment, ECF No. 14, is DENIED. Judgment entered for Defendant.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge         Lonny R. Suko         on a motion for Summary Judgment.

Date:   11/04/2021 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Mishani Jack-Gonzalez
_____
*(By) Deputy Clerk*

Mishani Jack-Gonzalez
_____